IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NO. 3:17MJ505 |
| TRACKING WARRANT | : | ORDER SEALING APPLICATION, SUPPORTING AFFIDAVIT AND |
| | : | RETURN |

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit and Return for captioned Tracking Warrant be sealed and kept from public inspection until further Order of this Court.

_____
SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 JAN 18 PM 1:58
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON