IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 JAN 18 PM 1:58

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION : | CASE NO. 3:17MJ505 |
| OF THE UNITED STATES OF AMERICA | |
| FOR A TRACKING WARRANT ON A | HON. SHARON L. OVINGTON |
| GOLD 2004 HONDA ACCORD, GEORGIA | |
| LICENSE PLATE # RDP-9620, | **FILED UNDER SEAL** |
| VIN #1GYUKJEF9AR103200 | |

ORDER FOR DELAYED NOTIFICATION

IT IS HEREBY ORDERED that, in accordance with 18 U.S.C. §§ 2705 and 3103a(b) and Rule 41(f)(3) (to the extent applicable), the government's motion for delayed notification is GRANTED, and service of this Court's Tracking Warrant order pertaining to a gold 2004 Honda Accord, Georgia License Plate #RDP-9620, VIN #1GYUKJEF9AR103200, and the return required thereunder on the person(s) owning the Target Vehicle may be delayed for an additional sixty (60) days, up to and including April 18, 2018, unless further extended by this Court.

Upon motion of the government, and for good cause shown, it is further ORDERED that the government's motion for delayed notification and this order, shall be SEALED, and the Clerk is instructed not to unseal these items unless otherwise ordered by the Court.

Date: 1-18-18

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE